DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARL EUGENE THEOLET, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2476

[November 21, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 561994CF000301A.

Carl E. Theolet, Jr., Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***